**Wendell Dwayne O'NEAL, Appellant,**

v.

**Nina C. COOK, Unknown Manager or Supervision Employee; Radisson Hotel; City of St. Paul; Manuel Cervantes; John J. Choi; Yileng Vang; Capital City Properties, 345 St. Peters Street, Landmark Towers, St. Paul, Minnesota 55102; St. Paul Port Authority Prpty.; Unknown Manager;**

---

Unknown Security Person, 701 Carlson Parkway, Minnetonka, Minnesota 55305; Shari Moore; Crestline Hotel Mgmt.; Carlson, jointly; severally; and, as agents; principal, municipality and officially, Appellees.

Wendell Dwayne O'Neal, Appellant,

v.

City of St. Paul; Yileng Vang, P.O.; Ramsey County, a municipality; Susan Gaertner, Ramsey County Attorney; Patricia Leski, Claims Administrator; Bob Fletcher, Ramsey Sheriff; Greg Slatter, Ramsey Sheriff Deputy; Unknown Ramsey Dpty. Sheriff, Records Department (Administration), Appellees.

Wendell Dwayne O'Neal, Appellant,

v.

City of St. Paul, a municipality; Manuel Cervantes, former St. Paul Attorney; Teresa Skarda, Chief Asst. Atty. Crim. Div.; Andrea Miller, Asst. City Attorney; George T. Stephenson, Jdg. 2nd Jdcl. Dist. Court; John J. Choi; Jessica McConnelly, St. Paul Chief of Police; Ramsey County, a municipality; Mr. Gill, Sprvsr., Ramsey Pub Dfndr. Office; Autumn X. Nelson, Ramsey Public Defender; Unknown Student Attorney, jointly, severally, officially as agents and municipalities, Appellees.

Nos. 09–2057, 09–2059, 09–2060.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 17, 2009.

Filed: Dec. 11, 2009.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

In these consolidated appeals, Wendell O'Neal challenges adverse judgments entered in three separate actions, all of which asserted claims arising from alleged civil rights and other violations in connection with O'Neal's arrest and conviction for trespassing in August 2005, and his subsequent efforts to obtain records related to the incident. Following careful review of the district court's[1] judgments and O'Neal's arguments on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B. O'Neal's pending motions are denied.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the reports and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.